IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02356-LTB

WILLIAM LEE LORNES THE III, also known as
WILLIAM LEE LORNES,

    Plaintiff,

v.

CHRISTINE WASHBURN,
BOB LORNES WASHBURN, and
CARPENDER,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 19, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 19 day of October, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/L. Gianelli
            Deputy Clerk